United States v. Bonito

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17ᵗʰ day of September, two thousand fourteen.

PRESENT: DENNIS JACOBS,
         CHRISTOPHER F. DRONEY,
                        <u>Circuit Judges,</u>

         LEWIS A. KAPLAN,
                        <u>District Judge.</u>*

- - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,
         <u>Appellee,</u>

         -v.-                                    13-2633

RODERICK BONITO,
         <u>Defendant-Appellant</u>
- - - - - - - - - - - - - - - - - - - -X

---

\* The Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, sitting by designation.

1

**FOR APPELLANT:**          MICHAEL O. HUESTON, Brooklyn, New York.

**FOR APPELLEE:**          DANIEL S. SILVER (Amy Busa, on the brief), for Loretta E. Lynch, United States Attorney for the Eastern District of New York, Brooklyn, New York.

Appeal from a judgment of the United States District Court for the Eastern District of New York (Ross, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court be **AFFIRMED.**

Roderick Bonito appeals from the judgment of the United States District Court for the Eastern District of New York (Ross, J.), convicting him of conspiracy to distribute and possess with intent to distribute 50 grams or more of cocaine base, in violation of 21 U.S.C. §§ 841(b)(1)(A)(iii) and 846, and possession of a firearm in furtherance of that offense, in violation of 18 U.S.C. § 924(c)(1)(A)(i).  On appeal, Bonito argues that the sentence was substantively and procedurally unreasonable.  We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

We review sentences for reasonableness, United States v. Cossey, 632 F.3d 82, 86 (2d Cir. 2011) (per curiam), which "amounts to review for abuse of discretion," United States v. Cavera, 550 F.3d 180, 187 (2d Cir. 2008) (en banc).  This concept applies to both "'the sentence itself' and to 'the procedures employed in arriving at the sentence.'"  United States v. Verkhoglyad, 516 F.3d 122, 127 (2d Cir. 2008) (quoting United States v. Fernandez, 443 F.3d 19, 26 (2d Cir. 2006)).  "The procedural inquiry focuses primarily on the sentencing court's compliance with its statutory obligation to consider the factors detailed in 18 U.S.C. § 3553(a), while the substantive inquiry assesses the length of the sentence imposed in light of the § 3553(a) factors."  Id. (internal citations, brackets, and quotation marks omitted).

The district court appropriately considered all of the information before it.  Quite evidently, that review included the submissions made on Bonito's behalf, because,

2

as the record reflects, the arguments presented by Bonito influenced the district court to grant a substantial downward departure.  We conclude that the district court did not abuse its discretion in its sentencing decision.

    For the foregoing reasons, and finding no merit in Bonito's other arguments, we hereby **AFFIRM** the judgment of the district court.

                                        FOR THE COURT:
                                        CATHERINE O'HAGAN WOLFE, CLERK